# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>HAIER US APPLIANCE COLUTIONS, INC.,<br><br>  Defendant. | No. 2:24-CV-1908-DMC<br><br>ORDER |

Plaintiff, which is proceeding with retained counsel, brings this civil action. Pursuant to the Court's order issued on July 11, 2024, the parties were directed to notify the Court regarding consent to proceed before a Magistrate Judge within 14 days after the matter was removed from state court. See ECF No. 4. A review of the docket reflects that this matter was removed from state court on July 11, 2024. See ECF No. 1. More than 14 days have passed since this date and Plaintiff has not yet informed the Court regarding their consent election. Plaintiff is directed to show cause in writing within seven days of the date of this order why appropriate sanctions should not be imposed for failure to comply with the July 11, 2024, order.

///

///

///

Submission of a consent election form within the time permitted for a response shall constitute an adequate response to this order.

IT IS SO ORDERED.

Dated: July 31, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2