**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, | No.  2:24-CV-1908-DMC |
| Plaintiff, | |
| v. | MODIFIED SCHEDULING ORDER |
| HAIER US APPLIANCE COLUTIONS, INC., | |
| Defendant. | |

Plaintiff, which is proceeding with retained counsel, brings this civil action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c); see also ECF No. 16 (minute order reassigning action).  Pending before the Court is the parties' stipulation to modify the schedule for this case.  See ECF No. 35.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Good cause appearing therefor, the parties' stipulation is APPROVED, and the schedule is modified as follows:

1. All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **August 14, 2026**.

2. The parties shall exchange initial expert witness disclosures no later than **July 10, 2026**. The parties shall exchange lists of rebuttal expert witnesses no later than **August 28, 2026**. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

3. All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **October 14, 2026**.

4. All dispositive motions shall be filed by **November 20, 2026**.

5. The pre-trial conference set for August 3, 2026, at 10:00 a.m., is VACATED and will be re-set after resolution of dispositive motions.

6. The briefing schedule for motions in limine is VACATED.

7. The bench trial set to commence on September 21, 2026, at 9:00 a.m., is VACATED and will be re-set after resolution of dispositive motions.

8. A further scheduling conference is set for **February 10, 2027, at 10:00 a.m., via Zoom**.

IT IS SO ORDERED.

Dated: March 9, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2