Lucy K. Galek (SBN 227237)
Lucy.Galek@wilsonelser.com
Jason Deng (SBN 336941)
Jason.Deng@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
655 Montgomery St., Ste. 900
San Francisco, California 94111
Telephone: (415) 625-9243
Facsimile: (415) 434-1370

Attorneys for Defendant,
HAIER US APPLIANCE SOLUTIONS, INC.
D/B/A GE APPLIANCES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>HAIER US APPLIANCE SOLUTIONS, INC., a Delaware corporation dba GE APPLIANCES, and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01908-DMC<br><br>**STIPULATION AND ORDER FOR CONTINUING THE PRE-TRIAL DISCLOSURES AND RELATED DATES** |

WHEREAS, Plaintiff STATE FARM GENERAL INSURANCE COMPANY ("Plaintiff") commenced the instant subrogation action against Defendant HAIER US APPLIANCE SOLUTIONS, INC. d/b/a GE APPLIANCES ("Defendant"), among others, for Negligence, Strict Products Liability, and Breach of Implied Warranties stemming from a residential fire loss on or about April 23, 2022, in Chico, California.

WHEREAS, the parties had an unsuccessful mediation with Hon. Bonnie Sabraw (Ret.) on December 2, 2025, and were unable to resolve this case.

///

WHEREAS, following the unsuccessful mediation, the parties have been actively engaging in discovery, including taking the Fire Report author's deposition on January 23, 2026, and exchanging additional written discovery on February 27, 2026, to further explore the various experts' opinions regarding the cause and origin of the fire. Additionally, the parties will take Plaintiff's State Farm's Claim Adjuster's Person(s) Most Knowledge's deposition in the week of August 17, 2026, to investigate Plaintiff's damages claims and internal policies.

WHEREAS, the parties have also been actively engaging in direct settlement discussions, including on July 8 and July 16, 2026, through counsel with limited success.

WHEREAS, the parties have agreed and stipulated on July 8, 2026, to continue the Initial Expert Disclosure date set forth in the Modified Scheduling Order (Document 36) from July 9, 2026, to July 17, 2026. The Parties desire additional time to explore settlement opportunities before incurring expenses for expert disclosure and discovery, including a second mediation with Mr. John W. Shaw of Shaw Mediations or with Steven Harper.

WHEREAS, the parties have stipulated and obtained two trial continuances before, in September 2025 and March 2026.

THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The non-expert discovery and all motions pertaining to the non-expert discovery cutoff date set for August 14, 2026, shall be vacated and continued to October 16, 2026, or the earliest date, subject to the Court's approval.

2. The initial expert witness disclosures set for July 17, 2026, shall be vacated and continued to September 11, 2026, or the earliest date, subject to the Court's approval.

3. The rebuttal expert witnesses' lists exchange set for August 28, 2026, shall be vacated and continued to October 30, 2026, or the earliest date, subject to the Court's approval.

4. The expert discovery and all motions pertaining to expert discovery cutoff date set for October 14, 2026, shall be vacated and continued to December 16, 2026, or the earliest date, subject to the Court's approval.

///

///

5. The dispositive motions filing cutoff date set for November 20, 2026, shall be vacated and continued to January 15, 2027, or the earliest date, subject to the Court's approval.

6. The further scheduling conference set for February 10, 2027, at 10:00 a.m. via Zoom shall remain on the calendar.

**IT IS SO STIPULATED**.

Dated: July 17, 2026

WATKINS & LETOFSKY, LLP

By: /s/ Michelle M. Lambre
Michelle M. Lambre
Attorneys for Plaintiff,
STATE FARM GENERAL INSURANCE COMPANY

Dated: July 17, 2026

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

By: /s/ Jason Deng
Lucy K. Galek
Jason Deng
Attorneys for Defendant,
HAIER US APPLIANCE SOLUTIONS, INC. d/b/a GE APPLIANCES

**ORDER**

Having considered the above Stipulation to Continue Trial and Related Dates, and GOOD CAUSE APPEARS, it is hereby ORDERED:

1. The non-expert discovery and all motions pertaining to non-expert discovery cutoff date set for August 14, 2026, shall be vacated and continued to **October 16, 2026**.

2. The initial expert witness disclosures set for July 17, 2026, shall be vacated and continued to **September 11, 2026**.

3. The rebuttal expert witnesses' lists exchange set for August 28, 2026, shall be vacated and continued to **October 30, 2026**.

4. The expert discovery and all motions pertaining to expert discovery cutoff date set for October 14, 2026, shall be vacated and continued to **December 16, 2026**.

5. The dispositive motions filing cutoff date set for November 20, 2026, shall be vacated and continued to **January 15, 2027**.

5. The deadline for filing a joint pre-trial statement is vacated.

6. The further scheduling conference set for February 10, 2027, at 10:00 a.m. via Zoom shall remain on the calendar.

**IT IS SO ORDERED**.

Dated: July 20, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE